# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 19, 2017

155545(73)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

CARLOS MARQUIS LOVE, JR.,
      Defendant-Appellee,

SC: 155545
COA: 329217
Wayne CC: 14-002709-FC

_____/

      On order of the Court, the defendant's motion for bond pending the prosecutor's application for leave to appeal in the Supreme Court is considered. We ORDER the Wayne Circuit Court to consider the defendant's motion for bond pending disposition of the prosecutor's application for leave to appeal. A trial court has authority to consider a motion for bond upon an appeal or application for leave to appeal by the People. See MCL 765.7, 770.12 and 770.9a. The prosecutor's application for leave to appeal the February 7, 2017 judgment of the Court of Appeals remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 19, 2017
_____


                Clerk

p0718